AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Ali Arar, On Behalf of Himself and all Others Similarly Situated, <br> *Plaintiff* <br> v. <br> Gerova Financial Group Limited, et al. <br> *Defendant* | Civil Action No. 11 Civ. 3081 (RJH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Keith Laslop
> 4744 S Ocean Blvd., Apt 4
> Highland Beach, FL 33487-5343

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marc I. Gross
> Jeremy A. Lieberman
> Pomerantz Haudek Grossman & Gross LLP
> 100 Park Avenue
> New York, N.Y. 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: 05 MAY 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 11 CIV. 3081 (RJH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Keith Laslop

was received by me on *(date)* 7/18/2011 at 700 A

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because 8/20/2011 at 12:40 pm _____ ; or

☒ Other *(specify)*: Posted at last known address: 4744 S Ocean Blvd, Apt 4, Highland Beach FL 33487 and mailed copy to Same address. Df no longer lives here per security guard - current tenant is Raysoza

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/20/2011

Server's signature

Laurie W. Klein CPS #576
Printed name and title       PBC

1005 N Lakeside Dr
Lake Worth FL 33460
Server's address

Additional information regarding attempted service, etc:

Posting at attorney's request.

#216940